UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER N. HILLMAN AND LISA K. HILLMAN, AS ADMINISTRATORS OF THE ESTATE OF GREGORY HILLMAN, PLAINTIFFS | ) ) ) ) ) ) ) CIVIL ACTION NO. 10-CV-3088-MAP |
| BERKSHIRE MEDICAL CENTER, INC., COUNTY AMBULANCE, INC. BRIEN CENTER FOR MENTAL HEALTH AND SUBSTANCE ABUSE, INC., CHRISTINE DECKER M.ED., LISW, VICTORIA BURGESS PA-C, SUSAN GUINAN R.N. AND BRYAN ALBANO, DEFENDANTS | ) ) ) ) ) ) ) ) ) ) |

### PLAINTIFFS' RENEWED MOTION FOR ENTRY OF JUDGMENT AS TO BERKSHIRE MEDICAL CENTER, INC. AND REQUEST FOR PREJUDGMENT INTEREST

Now come the plaintiffs, Peter N. Hillman and Lisa K. Hillman, administrators of the Estate of Gregory Hillman, and respectfully submit this Renewed Motion for Entry of Judgment as to Berkshire Medical Center, Inc. (hereinafter "BMC") pursuant to Fed. R. Civ. P. 68(a).

1. On December 8, 2011 the plaintiffs filed a Motion for Entry of Judgment as to the defendant Berkshire Medical Center, Inc. and a Request for Prejudgment Interest. On January 3, 2012 the Court denied the motion without prejudice subject to the plaintiff filing a renewed motion including a statement as to why "there is no just reason for delay" in entering judgment pursuant to Fed. R. Civ. P. 54(b). The plaintiff now renews that motion and includes the proper language.

ALLOWED, by agreement. Finding that there is "no just reason for delay," the court orders the clerk to enter immediate final judgment for plaintiff against defendant Berkshire Medical Center, Inc., in the amount of $823,980.90. So ordered. Michael @ Ponsor USDJ 1.25.12

48