# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PETER N. HILLMAN and LISA K. HILLMAN, | ) | |
| As Administrators of the Estate of Gregory | ) | |
| Hillman, | ) | |
|         Plaintiffs | ) | |
| | ) | CIVIL ACTION NO. |
|         v. | ) | 3:10-cv-30088-MAP |
| | ) | |
| BERKSHIRE MEDICAL CENTER, INC., | ) | |
|         Defendants | ) | |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiffs Peter N. Hillman, et al., against the defendant Berkshire Medical Center, Inc., pursuant to the court's endorsed order entered this date, granting the plaintiff's motion for judgment in the amount of $23,980.90.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: January 25, 2012          By /s/ Maurice G. Lindsay

Maurice G. Lindsay
Deputy Clerk

(Civil Judgment (Routine) 5.wpd - 11/98)
[jgm.]