UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER N. HILLMAN, ET AL.,        )
       Plaintiffs              )
                                 )
       v.                        ) C.A. No. 10-cv-30088-MAP
                                 )
BERKSHIRE MEDICAL CENTER, INC.   )
ET AL.,                          )
       Defendants               )

MEMORANDUM AND ORDER REGARDING
DEFENDANT'S MOTION TO ESTABLISH TRIAL DATE
(Dkt. No. 116)

January 15, 2013

PONSOR, U.S.D.J.

Counsel appeared before this court on January 14, 2013 for argument on Defendant's Motion to Establish Trial Date. At that time, counsel did an excellent job presenting the court with an overview of the advantages and disadvantages of trying this case jointly with the related case, Hillman, et al., v. Donlan, et al., 12-cv-30042. Although the court's solution is not ideal, the two cases have been traveling on separate tracks up to now, and it is reasonable and fair to keep them that way.

With this in mind, the Motion to Establish Trial Date (Dkt. No. 116) is hereby ALLOWED. Trial in this matter will commence on October 7, 2013. Motions in limine will be filed no later than September 9, 2013 and opposed by September 20,

2013. Proposed <u>voir dire</u> questions and proposed jury instructions will be filed no later than September 23, 2013.

Counsel will appear on October 7, 2013 at 9:30 a.m. for a brief conference prior to the commencement of jury selection. The court has set aside six weeks, through November 15, 2013, for the trial of this case, on the assumption that a typical trial day will be from 9:00 a.m. to 1:00 p.m. If concerns arise about completing the trial within the allotted time, the court may extend the trial day.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge