UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER N. HILLMAN AND LISA K. HILLMAN, AS ADMINISTRATORS OF THE ESTATE OF GREGORY HILLMAN,<br>    Plaintiffs,<br><br>v.<br><br>BRIEN CENTER FOR MENTAL HEALTH AND SUBSTANCE ABUSE, INC., CHRISTINE DECKER, M.ED., VICTORIA BURGESS, PA-C AND SUSAN GUINAN, R.N.,<br>    Defendants. | CIVIL ACTION<br>NO. 10-CV-30088-MAP |

## STIPULATION OF DISMISSAL

Now come the parties and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that this action be dismissed as to all defendants, with prejudice, without costs or interest to any party, and waiving any rights of appeal.

/s/ Elizabeth N. Mulvey
Elizabeth N. Mulvey, BBO # 542091
Attorney for Plaintiffs,
Peter N. Hillman and Lisa K. Hillman,
as Administrators of the Estate of
Gregory Hillman
Crowe and Mulvey, LLP
141 Tremont Street
Boston, Massachusetts 02111
(617) 426-4488

/s/ Robert E. Burgess
Edward F. Mahoney, BBO # 546436
Robert E. Burgess, BBO # 565758
Attorneys for Defendants,
Victoria Burgess, PA-C and
Susan Guinan, R.N.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts 02114
(617) 227-3240

/s/ Michael H. Burke
Michael H. Burke, BBO # 065400
Attorney for Defendants,
Brien Center for Mental Health and
Substance Abuse, Inc. and
Christine Decker, M.Ed.
Bulkley, Richardson & Gelinas, LLP
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, Massachusetts 01115
(413) 781-2820

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 26, 2013.

/s/ Robert E. Burgess
Robert E. Burgess; BBO No. 565758